UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
GABRIELLE DOUYON,

              Plaintiff,

    - against -

NY MEDICAL CARE, P.C., SEYMOUR
SCHNEIDER, a.k.a. Sy Schneider,
KOUROSH GOYLAN, a.k.a. David Goylan,
NATHAN KHAIMOV, FARAIDOON
DANIEL GOYLAN, M.D.,

              Defendants.
----------------------------------------------------------X

**JUDGMENT**
CV-10-3983 (SJF)(AKT)

      An Acceptance of Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure having been filed by defendant NY Medical Health Care, P.C. on November 25, 2011, accepting Plaintiff's Offer in the amount of $5,378.00 to fully and finally resolve the counterclaims asserted against plaintiff, Gabrielle Douyon in this action, including but not limited to all related claims for costs, attorneys fees, interest, charges and penalties of any kind that have been or could be asserted by defendant NY Medical Health Care, P.C., it is

      **ORDERED AND ADJUDGED** that judgment is entered in favor of defendant NY Medical Health Care, P.C. and against plaintiff Gabrielle Douyon in the amount of $5,378.00.

Dated: Central Islip, New York
         November 29, 2011

                                              DOUGLAS C. PALMER
                                              CLERK OF THE COURT

                        By:    /s/ Catherine Vukovich
                                Deputy Clerk