# Exhibit 1

# INVOICE



**DALCO Reporting, Inc.**
170 Hamilton Avenue, Suite 303
White Plains, NY 10601
914.684.9009  fax 914.684.6561

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 32180 | 8/4/2011 | 7648 |
| Job Date | Case No. | |
| 7/20/2011 | 10-CV-3983 (SJF) (AKT) | |
| Case Name | | |
| Douyan vs. New York Medical Health Care, P.C., et al. | | |
| Payment Terms | | |
| Net 30: 1.5% not to exceed legal limit | | |

Michael Schlanger
Schlanger & Schlanger, LLP
343 Manville Road
Pleasantville, NY 10570

ORIGINAL & 1 CERTIFIED DEPOSITION TRANSCRIPT OF:

| | | |
|---|---:|---:|
| Kourosh Golyan | | 1,509.75 |
| Appearance | 55.00 | 55.00 |
| Complimentary Condensed Transcript | 0.00 | 0.00 |
| Package/Handling | 25.00 | 25.00 |

| | |
|---|---:|
| TOTAL DUE >>> | $1,589.75 |
| (-) Payments/Credits: | 1,589.75 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 0.00 |

Tax ID: 13-3668189

Phone: 914-946-1981    Fax: 914-946-2930

*Please detach bottom portion and return with payment.*

Michael Schlanger
Schlanger & Schlanger, LLP
343 Manville Road
Pleasantville, NY 10570

Job No.      : 7648           BU ID       : DALCO-Dep
Case No.     : 10-CV-3983 (SJF) (AKT)
Case Name    : Douyan vs. New York Medical Health Care, P.C., et al.
Invoice No.  : 32180          Invoice Date : 8/4/2011
Total Due    : $0.00

Remit To:   **DALCO Reporting, Inc.**
            170 Hamilton Avenue, Suite 303
            White Plains, NY 10601

**PAYMENT WITH CREDIT CARD**   AMEX  [card]  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature:

# INVOICE



**DALCO Reporting, Inc.**
170 Hamilton Avenue, Suite 303
White Plains, NY 10601
914.684.9009 fax 914.684.6561

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 32318 | 8/22/2011 | 7781 |
| Job Date | Case No. | |
| 8/2/2011 | 10-CV-3983 (SJF) (AKT) | |
| Case Name | | |
| Douyan vs. New York Medical Health Care, P.C., et al. | | |
| Payment Terms | | |
| Net 30: 1.5% not to exceed legal limit | | |

Daniel A. Schlanger
Schlanger & Schlanger, LLP
343 Manville Road
Pleasantville, NY 10570

ORIGINAL & 1 CERTIFIED DEPOSITION TRANSCRIPT OF:

| | | |
|---|---:|---:|
| Sy Schneider | | 688.30 |
|     Appearance | 55.00 | 55.00 |
|     Complimentary Condensed Transcript | 0.00 | 0.00 |
|     Package/Handling | 25.00 | 25.00 |
|     Exhibits Scanned & Attached | | |

| | |
|---|---:|
| **TOTAL DUE >>>** | **$768.30** |
| (-) Payments/Credits: | 768.30 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 0.00 |

Tax ID: 13-3668189      Phone: 914-946-1981    Fax:914-946-2930

*Please detach bottom portion and return with payment.*

Daniel A. Schlanger
Schlanger & Schlanger, LLP
343 Manville Road
Pleasantville, NY 10570

Job No.      : 7781          BU ID      : DALCO-Dep
Case No.     : 10-CV-3983 (SJF) (AKT)
Case Name    : Douyan vs. New York Medical Health Care, P.C., et al.
Invoice No.  : 32318         Invoice Date  : 8/22/2011
Total Due    : $0.00

Remit To: DALCO Reporting, Inc.
170 Hamilton Avenue, Suite 303
White Plains, NY 10601

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

# INVOICE



**DALCO Reporting, Inc.**
170 Hamilton Avenue, Suite 303
White Plains, NY 10601
914.684.9009 fax 914.684.6561

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 32356 | 8/23/2011 | 7812 |
| Job Date | Case No. | |
| 8/5/2011 | 10-CV-3983 (SJF) (AKT) | |
| Case Name | | |
| Douyan vs. New York Medical Health Care, P.C., et al. | | |
| Payment Terms | | |
| Net 30: 1.5% not to exceed legal limit | | |

Michael Schlanger
Schlanger & Schlanger, LLP
343 Manville Road
Pleasantville, NY 10570

ORIGINAL & 1 CERTIFIED DEPOSITION TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Faraidoon Daniel Golyan | | | 732.60 |
| Appearance | | 55.00 | 55.00 |
| Complimentary Condensed Transcript | | 0.00 | 0.00 |
| Package/Handling | | 25.00 | 25.00 |
| | TOTAL DUE >>> | | $812.60 |
| | (-) Payments/Credits: | | 812.60 |
| | (+) Finance Charges/Debits: | | 0.00 |
| | (=) New Balance: | | 0.00 |

Tax ID: 13-3668189                                    Phone: 914-946-1981   Fax: 914-946-2930

*Please detach bottom portion and return with payment.*

Michael Schlanger
Schlanger & Schlanger, LLP
343 Manville Road
Pleasantville, NY 10570

| | | | | |
|---|---|---|---|---|
| Job No. | : 7812 | BU ID | : DALCO-Dep |
| Case No. | : 10-CV-3983 (SJF) (AKT) | | |
| Case Name | : Douyan vs. New York Medical Health Care, P.C., et al. | | |
| Invoice No. | : 32356 | Invoice Date | : 8/23/2011 |
| **Total Due** | **: $0.00** | | |

Remit To: **DALCO Reporting, Inc.**
**170 Hamilton Avenue, Suite 303**
**White Plains, NY 10601**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                Phone#:
Billing Address:
Zip:                Card Security Code:
Amount to Charge:
Cardholder's Signature: